```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/7/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CARLOS HODGSON,

                              Plaintiff,

    -against-

CITY OF YONKERS and POLICE OFFICER
JOHN DOES 1-6 in their individual and official
Capacities, as employees of the CITY OF
YONKERS,

                              Defendants.
-----------------------------------------------------------------X

**JUDGMENT**

20 Civ. 09933 (NSR)

       **WHEREAS**, plaintiff Carlos Hodgson commenced this action by filing a complaint on or about November 25, 2020, alleging that defendants violated his federal civil rights; and

       **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

       **WHEREAS**, defendants, through the City of Yonkers, served plaintiff with an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure on December 2, 2020;

       **WHEREAS**, on December 2, 2020; plaintiff accepted the Offer of Judgment, it is hereby,

       **ORDERED, ADJUDGED AND DECREED**, that plaintiff take judgment against defendants for the total sum of $30,000.00 in full satisfaction of all claims against the defendants herein, said $30,000.00 offer being inclusive of costs, disbursements, and attorneys' fees in plaintiff's favor. The judgment is in full satisfaction of all claims made by plaintiff and is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by defendants or any official, employee, or agent of the City of Yonkers, or any agency thereof.

                  Dated: Dec. 7, 2020
                        White Plains, NY

SO ORDERED:

_/s/ Nelson S. Román_
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE